# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Jenkins, Rosemarie | § § § § | Case No.  05 B 22114 |
| Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on 06/03/2005.

    2)  The plan was confirmed on 07/18/2005.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/01/2010.

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on 10/31/2005, 12/21/2009 and 08/23/2010.

    5)  The case was completed on 09/20/2010.

    6)  Number of months from filing or conversion to last payment: 63.

    7)  Number of months case was pending: 69.

    8)  Total value of assets abandoned by court order: (NA).

    9)  Total value of assets exempted: $9,250.00.

    10)  Amount of unsecured claims discharged without full payment: $41,994.69.

    11)  All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,209.85 |
| Less amount refunded to debtor | $3.68 |
| **NET RECEIPTS:** | $9,206.17 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,380.20 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $528.49 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $2,908.69 |
| Attorney fees paid and disclosed by debtor | NA |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue | Priority | $33.00 | $1,398.55 | $1,398.55 | $1,398.55 | $0 |
| Internal Revenue Service | Priority | NA | $13,067.57 | $13,067.57 | $0 | $0 |
| American General Finance | Secured | $2,250.00 | $2,250.00 | $2,250.00 | $2,250.00 | $299.51 |
| City Of Chicago | Secured | $430.00 | $430.00 | $430.00 | $430.00 | $0 |
| Washington Mutual Bank FA | Secured | $80,678.00 | NA | NA | $0 | $0 |
| Washington Mutual Bank FA | Secured | $12,000.00 | NA | NA | $0 | $0 |
| Advocate Health Care | Unsecured | $367.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $265.00 | NA | NA | $0 | $0 |
| American Express Centurion | Unsecured | $269.00 | $269.77 | $269.77 | $26.98 | $0 |
| American General Finance | Unsecured | $930.00 | $1,811.04 | $1,811.04 | $181.10 | $0 |
| Aspire | Unsecured | $635.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $658.45 | $658.45 | $65.85 | $0 |
| B-Line LLC | Unsecured | $4,274.00 | $4,274.63 | $4,274.63 | $427.46 | $0 |
| Bass & Associates | Unsecured | $817.00 | NA | NA | $0 | $0 |
| Cash America | Unsecured | $1,234.00 | $1,234.60 | $1,234.60 | $123.46 | $0 |
| Cashland Financial Services | Unsecured | NA | $1,234.60 | $1,234.60 | $0 | $0 |
| Category Payment Recovery | Unsecured | $199.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CBT Aspire | Unsecured | $639.00 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $966.00 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | NA | $3.79 | $3.79 | $0.38 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Columbia House | Unsecured | $78.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $350.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $153.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $2,511.00 | $1,258.14 | $1,258.14 | $125.81 | $0 |
| ECast Settlement Corp | Unsecured | NA | $2,511.32 | $2,511.32 | $251.13 | $0 |
| Evergreen Medical Specialist | Unsecured | $115.00 | NA | NA | $0 | $0 |
| Fhutcred Advantage | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Fingerhut | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Game Cash | Unsecured | $1,800.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $275.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $275.00 | NA | NA | $0 | $0 |
| H & R Block | Unsecured | $361.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $223.00 | $261.58 | $261.58 | $26.16 | $0 |
| Instant Cash Advance | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $1,300.90 | $1,300.90 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Kmart Corp | Unsecured | $212.00 | NA | NA | $0 | $0 |
| Menards | Unsecured | $1,025.00 | NA | NA | $0 | $0 |
| Menards | Unsecured | $579.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | NA | $1,133.26 | $1,133.26 | $113.33 | $0 |
| Peoples Energy Corp | Unsecured | $1,153.00 | $1,394.30 | $1,394.30 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $369.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,455.00 | $1,454.81 | $1,454.81 | $145.48 | $0 |
| Portfolio Recovery Associates | Unsecured | $751.00 | $751.27 | $751.27 | $75.13 | $0 |
| Premier Bankcard | Unsecured | $382.00 | $440.19 | $440.19 | $44.02 | $0 |
| Providian | Unsecured | $2,038.00 | NA | NA | $0 | $0 |
| Quick Cash | Unsecured | $135.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $256.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $258.00 | $256.86 | $256.86 | $25.69 | $0 |
| Resurgent Capital Services | Unsecured | $1,133.00 | NA | NA | $0 | $0 |
| Riscuity | Unsecured | $1,234.00 | NA | NA | $0 | $0 |
| Risk Management Alternatives | Unsecured | $1,833.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $320.00 | $318.93 | $318.93 | $31.89 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RoundUp Funding LLC | Unsecured | $72.00 | $186.83 | $186.83 | $18.68 | $0 |
| SBC | Unsecured | $135.00 | $2,093.74 | $2,093.74 | $209.37 | $0 |
| Sears Roebuck & Co | Unsecured | $1,258.00 | NA | NA | $0 | $0 |
| Shell | Unsecured | $257.00 | NA | NA | $0 | $0 |
| State of Indiana | Unsecured | $1,998.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $275.00 | $275.00 | $275.00 | $27.50 | $0 |
| Telecheck | Unsecured | $565.00 | NA | NA | $0 | $0 |
| World Financial Network Nat'l | Unsecured | $186.00 | NA | NA | $0 | $0 |
| World Financial Network Nat'l | Unsecured | $318.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $2,250.00 | $2,250.00 | $299.51 |
| All Other Secured | $430.00 | $430.00 | $0 |
| **TOTAL SECURED:** | $2,680.00 | $2,680.00 | $299.51 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $14,466.12 | $1,398.55 | $0 |
| **TOTAL PRIORITY:** | $14,466.12 | $1,398.55 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $23,124.01 | $1,919.42 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,908.69 |
| Disbursements to Creditors | $6,297.48 |
| **TOTAL DISBURSEMENTS:** | $9,206.17 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: March 15, 2011    By: /s/ MARILYN O. MARSHALL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)